No. 211, Misc.  SOSTRE *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Third Judicial Department.  Certiorari denied.  Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.

No. 213, Misc.  EVANS *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 214, Misc.  GRIFFIN *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 227, Misc.  MILLWOOD *v.* HEINZE, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 229, Misc.  MUMMIANI *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 24, Misc.  MARTIN *v.* UNITED STATES.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied because of mootness.  Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 60, Misc.  TAYLOR *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.  *Erwin W. Roemer* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States.